**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **DSD SHIPPING, A.S.,** | * | **1:15-CR-00102** |
| **DANIEL PAUL DANCU,** | * | |
| **BO GAO,** | * | |
| **XIAOBING CHEN, and** | * | |
| **XIN ZHONG** | * | |
| | * | |

**GOVERNMENT'S NOTICE OF EXPERT WITNESSES**

COMES NOW the United States of America, by and through its attorney Kenyen R. Brown, United States Attorney for the Southern District of Alabama, and pursuant to Fed. R. Crim. P. 16(a)(1)(G), hereby notifies the defendant that the United States intends to utilize the following expert witnesses in its case in chief.

1. **Kristy Juaire; Supervisory Chemist; United States Coast Guard Marine Safety Laboratory:** Ms. Kristy Juaire is an expert in the field of oil sample analysis. Ms. Juaire will testify about testing she conducted of oil samples taken from the *M/T Stavanger Blossom.* A report of Ms. Juaire's analysis and results has been previously provided to counsel for the defendants. Ms. Juaire is prepared to testify consistent with the report. Ms. Juaire bases her opinions on the results of analysis of samples by gas chromatography (GC) and gas chromatography-mass spectrometry (GC-MS). She further bases her opinions on her experience and training, as described in her curriculum vitae that has been separately provided to counsel for the defendants as part of this notice. Finally, Ms. Juaire will testify about the differences between samples taken from pipes, storage tanks, and various locations on the vessel.

2.   **James Dolan; President Emeritus; Martin, Ottaway, van Hemmen, and Dolan, Inc.:** Mr. Dolan is an expert in marine engineering.  He is expected to testify about the engineering components on the *M/T Stavanger Blossom* including, but not limited to: the Oily-Water Separator; Bilge Pump; Overboard Discharge Valve; storage tanks such as the Bilge Tank, Dirty Bilge Tank, Fuel Oil Sludge Tank, Waste Oil Tanks, Lube Oil Tank, and the Soot Collecting Tank; as well associated piping, pumps, and hoses.  He will also testify regarding his review of various documents from the vessel including, but not limited to: vessel diagrams of the *M/T Stavanger Blossom*; Oil Record Books; Rough Logs and Daily Sounding Logs; maintenance logs and records; and other machinery logs and documents.  Further, Mr. Dolan will testify that the engineering components, construction, and subsequent modification of the *M/T Stavanger Blossom* would allow the discharge of oily-waste from the vessel as described by the vessel's crew.  Mr. Dolan bases his opinions on his experience and training, as described in his curriculum vitae that has been separately provided to counsel for the defendants as part of this notice.

3.   **Kevin R. Levy; Forensics Consultant; Eastern Shore Consulting Services, LLC.:** Mr. Levy is an expert in computer and electronic forensic analysis.  He is expected to testify about the forensic analysis of computers and other electronic devices, and the seizure of electronic information from these devices. Any specific documents or other items of electronic evidence that Mr. Levy will testify about will be identified in the government's exhibit list in advance of trial.   Mr. Levy bases his opinions on his experience and training, as described in his curriculum vitae that has been separately provided to counsel for the defendants as part of this notice.

4. **Kathryn M. Cappetta; Lieutenant Junior Grade; United States Coast Guard:** Lt. Cappetta has been employed for three years as a Marine Inspector for the United States Coast Guard, Sector Mobile.  During that time, she has conducted numerous inspections of large vessels for compliance with U.S. and international law, including inspections to confirm compliance with pollution prevention regulations such as MARPOL and the Act to Prevent Pollution from Ships.  Lt. Cappetta has received training from the United States Coast Guard in marine inspections, including inspections of cargo and storage tanks aboard vessels.  As such, Lt. Cappetta is an expert in the measurement of vessel storage tanks, the conversion of these measurements, and the records and logs necessary to document these measurements.  She bases her opinions on her experience and training, as described in her curriculum vitae that has been separately provided to counsel for the defendants as part of this notice.  Lt. Cappetta will testify regarding her review and comparison of various documents from the *M/T Stavanger Blossom* including, but not limited to: the Oil Record Book; Rough Logs and Daily Sounding Logs; the Garbage Record Book; maintenance logs and records; and other machinery logs, sounding logs, and documents.  Further, she will testify that the Oil Record Book was fictitious, that the Oil Record Book was inconsistent with sounding logs found aboard the *M/T Stavanger Blossom*, and that the sounding logs reflect the discharge of oily-wastes from the *M/T Stavanger Blossom*.

5. **Fred Reynolds; Special Agent, United States Coast Guard Investigative Service:** S/A Reynolds is an expert in the forensic analysis of digital and electronic images and videos. He is expected to testify about his analysis and use of computer software to visually enhance digital videos taken aboard the *M/T Stavanger Blossom*.  Both the original videos and S/A Reynold's enhancements have been previously provided to counsel for the defendants in discovery.  S/A Reynolds bases his opinions on his experience and training, as described in his

curriculum vitae that has been separately provided to counsel for the defendants as part of this notice.

6.   The United States recognizes its continued duties under Fed. R. Crim. P. 16 and will supplement this notice as it identifies any additional expert witnesses prior to trial.

Dated at Mobile, Alabama this 10th day of July, 2015.

Respectfully submitted,

KENYEN R. BROWN
UNITED STATES ATTORNEY

*/s/ Michael D. Anderson*
MICHAEL D. ANDERSON
Assistant United States Attorney

*/s/ Shane N. Waller*
SHANE N. WALLER
Trial Attorney
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that, on July 10th, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for petitioner.

*/s/ Michael D. Anderson*
Michael D. Anderson
Assistant United States Attorney